UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DEFENDER SERVICES INC., ) | |
| ) | Case No. 1:06-CV-95 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| MATHIS COMPANIES, INC., and ) | |
| JAMES F. MATHIS, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

For the reasons stated in the accompanying order and memorandum, the Court hereby

**ENTERS JUDGMENT** in the amount of $144,546.86 in favor of Plaintiff Defender Services, Inc.,

against Defendants Mathis Companies, Inc., and James F. Mathis.

**SO ORDERED.**

**ENTERED:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**